# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAT SALIB, TRUSTEE OF SALIB FAMILY TRUST DATED JANUARY 17, 2017; SUZAN SALIB, TRUSTEE OF SALIB FAMILY TRUST DATED JANUARY 17, 2017; AND DOES 1-10,<br><br>Defendants. | Case No.: CV 20-7483-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [27]** |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Shamar Jackson's action against Defendants Rafat Salib and Suzan Salib is dismissed with prejudice in its entirety. The parties shall bear their own fees and costs.

DATED: December 29, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-